Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET VIGIL-MULLIS, | Case No.  2:09-CV-01369-FCD-JFM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

Plaintiff, VIOLET VIGIL-MULLIS, filed the present action against WEST ASSET MANAGEMENT, INC. ("WEST") on May 15, 2009.  WEST filed its responsive pleading on June 17, 2009.  The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

///

Stipulation and Order to Dismiss with Prejudice

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: August 5, 2009          KROHN & MOSS, LTD.

/s/ G. Thomas Martin III
G. Thomas Martin III
Attorney for Plaintiff
Violet Vigil-Mullis

Dated: August 5, 2009          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
West Asset Management, Inc.

**IT IS SO ORDERED.**

Dated: August 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE